# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goddard, Allison H. | U.S. District Court - Southern District of California | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Edward J. Schwartz United States Courthouse
221 W. Broadway
San Diego, CA 92101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ABTL San Diego Board of Governors |
| 2. | Member | FBA San Diego Chapter Advisory Board |
| 3. | Member | Executive Board, The Louis M. Welsh American Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2019 | Agreement with Patterson Law Group, APC for deferred fees for professional services performed prior to entering the judiciary. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | San Diego Unified School District (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goddard, Allison H.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New Rez | Investment Property, Nashville, TN Mortgage | L |
| 2. JPMorgan Chase | Credit Card | K |
| 3. Structured Assignments, SCC | Personal Loan | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goddard, Allison H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. JPMorgan Chase Cash Account | A | Interest | L | T | | | | | |
| 3. Bank of America Cash Account | | None | J | T | | | | | |
| 4. Nashville, TN Investment Property | E | Rent | N | W | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. JPMorgan IRA Deposit Sweep (cash) | A | Interest | J | T | | | | | |
| 7. Blackrock Index Fds Ishares MSCI EAFE (BTMKX) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | | |
| 8. | | | | | Sold (part) | 03/20/20 | J | | |
| 9. Fidelity Salem Str Tr Fidelity 500 Index Fund (FXAIX) | C | Dividend | M | T | Buy (add'l) | 03/09/20 | J | | |
| 10. | | | | | Sold (part) | 03/20/20 | K | | |
| 11. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 12. | | | | | Sold (part) | 06/08/20 | J | | |
| 13. | | | | | Sold (part) | 08/19/20 | J | | |
| 14. | | | | | Sold (part) | 09/22/20 | K | | |
| 15. | | | | | Sold (part) | 10/22/20 | J | | |
| 16. | | | | | Sold (part) | 11/30/20 | J | | |
| 17. Fidelity Salem Str Tr International Index Fund (FSPSX) | | None | | | Sold | 03/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goddard, Allison H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JPMorgan Exchange Traded Betabuilders CDA ETF (BBCA) | A | Dividend | K | T | | | | | |
| 19. JPMorgan Exchange Traded Betabuilders Developed Asia (BBAX) | A | Dividend | K | T | | | | | |
| 20. JPMorgan Exchange Traded Fd Tr Betabuillders Europe (BBEU) | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 22. | | | | | Sold<br>(part) | 10/22/20 | J | | |
| 23. | | | | | Sold<br>(part) | 12/15/20 | J | | |
| 24. JPMorgan Exchange Traded Betabuilders Japan (BBJP) | A | Dividend | K | T | Sold<br>(part) | 02/14/20 | J | | |
| 25. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 26. Six Circles Tr Intl Unconstrained Equity (CIUEX) | B | Dividend | K | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 27. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 28. Six Circles Tr US Unconstrained Equity Fd (CUSUX) | C | Dividend | L | T | | | | | |
| 29. Vanguard Index Tr 500 Index Fd Admiral (VFIAX) | B | Dividend | L | T | | | | | |
| 30. Blackrock Fds High Yield Bond Portfolio K (BRHYX) | A | Dividend | K | T | Buy | 04/03/20 | K | | |
| 31. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 32. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Sold<br>(part) | 05/20/20 | J | | |
| 33. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 34. Ishares 20 Plus Year Treasury Bond ETF (TLT) | A | Dividend | J | T | Sold<br>(part) | 09/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 36. | Ishares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 37. | Ishares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 03/09/20 | J | A | |
| 38. | Ishares Trust 7-10 Year Treasury Bond (IEF) | A | Dividend | | | Sold<br>(part) | 09/22/20 | J | | |
| 39. | | | | | | Sold<br>(part) | 10/22/20 | J | | |
| 40. | | | | | | Sold | 11/04/20 | J | | |
| 41. | Ishares Trust MBS ETF (MBB) | A | Dividend | J | T | Sold<br>(part) | 08/19/20 | J | | |
| 42. | Ishares Trust US Treasury Bond ETF (GOVT) | A | Dividend | | | Buy | 03/09/20 | J | | |
| 43. | | | | | | Sold | 09/22/20 | J | | |
| 44. | JPMorgan Tr II Core Bond Fund Ultra Cl (JCBUX) | B | Dividend | K | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 45. | | | | | | Sold<br>(part) | 11/04/20 | J | | |
| 46. | JPMorgan Tr II High Yield Fd Ultra Cl (JHYUX) | A | Dividend | | | Buy | 05/20/20 | J | | |
| 47. | | | | | | Sold | 11/30/20 | K | | |
| 48. | PIMCO Investment Grade Credit Bond Fund (PIGIX) | A | Dividend | K | T | | | | | |
| 49. | PIMCO Total Return Fund Instl Cl (PTTRX) | A | Dividend | | | Sold | 10/22/20 | J | | |
| 50. | T Rowe Price New Income Fd (PRXEX) | A | Dividend | | | Sold<br>(part) | 08/19/20 | K | | |
| 51. | | | | | | Sold<br>(part) | 09/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/04/20 | J | | |
| 53. Six Circles Trust Credit Opportunity (CRDOX) | A | Dividend | K | T | Buy | 11/30/20 | K | | |
| 54. Six Circles Global Bond Fund (CGLBX) | A | Dividend | L | T | Buy | 08/19/20 | K | | |
| 55. | | | | | Buy (add'l) | 11/04/20 | K | | |
| 56. Six Circles Tr Ultra Short Duration Fd (CUSDX) | A | Dividend | J | T | Sold (part) | 04/27/20 | J | | |
| 57. Vanguard Charlotte Fds Total Intl Bond Index Admiral (VTABX) | A | Dividend | L | T | | | | | |
| 58. Vanguard Total International Bond ETF (BNDX) | A | Dividend | K | T | Buy (add'l) | 03/09/20 | J | | |
| 59. | | | | | Sold (part) | 08/19/20 | J | | |
| 60. | | | | | Sold (part) | 09/22/20 | J | | |
| 61. | | | | | Sold (part) | 11/04/20 | K | | |
| 62. Account #2 (H) | | | | | | | | | |
| 63. Wells Fargo Fds Index Cl A (WFILX) | B | Dividend | K | T | | | | | |
| 64. Account #3 (H) | | | | | | | | | |
| 65. Wells Fargo Fds Index Fd Cl A (WFILX) | A | Dividend | J | T | | | | | |
| 66. Account #4 (H) | | | | | | | | | |
| 67. Voya Fixed Plus III | | None | J | T | Buy | 01/03/20 | J | | |
| 68. Vanguard Total Stock Market (VTSMX) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Small CAP Index | | None | J | T | | | | | |
| 70. Vanguard Mid CAP Index | | None | J | T | | | | | |
| 71. Vanguard Emerging Markets (VWO) | | None | J | T | | | | | |
| 72. Vanguard Developed Markets (VTMGX) | | None | J | T | | | | | |
| 73. DFA International Small Co (DFISX) | | None | J | T | | | | | |
| 74. Vanguard Real Estate Index (VNQ) | | None | J | T | | | | | |
| 75. PIMCO All Asset (PAAIX) | | None | J | T | | | | | |
| 76. Account #5 (H) | | | | | | | | | |
| 77. T Rowe Price Retirement 2055 Adv | B | Dividend | K | T | | | | | |
| 78. Account #6 (H) | | | | | | | | | |
| 79. Charles Schwab Bank Sweep Deposit Account (cash) | A | Interest | J | T | | | | | |
| 80. US Treasury Note | | None | | | Sold | 03/24/20 | M | A | |
| 81. Wells Fargo & Co CD (cash) | A | Interest | | | Sold | 03/24/20 | M | A | |
| 82. Vanguard Short Term Bond Fund Admiral (VFSUX) | B | Dividend | | | Buy (add'l) | 02/20/20 | K | | |
| 83. | | | | | Sold (part) | 03/04/20 | K | A | |
| 84. | | | | | Sold | 03/16/20 | N | | |
| 85. Vanguard Short Term Treasury Fund Admiral (VFIRX) | D | Dividend | N | T | Buy | 03/17/20 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goddard, Allison H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/25/20 | N | B | |
| 87. | | | | | Buy | 08/04/20 | N | | |
| 88. | | | | | Buy (add'l) | 10/12/20 | K | | |
| 89. Ensemble Fd (ENSBX) | E | Dividend | O | T | Sold (part) | 02/20/20 | K | B | |
| 90. | | | | | Buy (add'l) | 03/04/20 | K | | |
| 91. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 92. | | | | | Buy (add'l) | 10/12/20 | K | | |
| 93. | | | | | Sold (part) | 12/15/20 | J | B | |
| 94. Account #7 (H) | | | | | | | | | |
| 95. Sch Treas Obligation MMF (SNOXX) | B | Dividend | K | T | | | | | |
| 96. Schwab US Treasury Money Inv (SNSXX) | A | Dividend | | | Buy | 03/16/20 | M | | |
| 97. | | | | | Sold | 06/19/20 | M | | |
| 98. U.S. Treasury Note | B | Interest | | | Redeemed | 12/31/20 | L | | |
| 99. Vanguard Short Term Treasury (VFIRX) | D | Dividend | N | T | Buy | 03/17/20 | N | | |
| 100. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 101. Vanguard Short Term Bond Fund Admiral (VFSUX) | A | Dividend | | | Sold | 03/16/20 | N | | |
| 102. Ensemble Fd (ENSBX) | E | Dividend | O | T | Buy (add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/16/20 | M | | |
| 104. | | | | | Buy (add'l) | 06/19/20 | M | | |
| 105. | | | | | Sold (part) | 09/15/20 | J | B | |
| 106. | | | | | Sold (part) | 12/22/20 | J | | |
| 107. Harding Loevner Intl Equity Y (HLMIX) | A | Dividend | M | T | Buy | 03/16/20 | L | | |
| 108. | | | | | Sold (part) | 06/19/20 | K | C | |
| 109. Harding Loevner Intl Small Co Instl (HLMRX) | A | Dividend | L | T | Buy | 03/16/20 | K | | |
| 110. Schwab Intl Index Fund (SWISX) | | None | | | Sold | 03/16/20 | K | | |
| 111. Account #8 (H) | | | | | | | | | |
| 112. Fidelity Investments Money Mrkt Treasury Portolio Instl Class (FRBXX) | | None | | | Sold | 01/15/20 | K | | |
| 113. IShares Gold Trust ETF (IAU) | | None | | | Sold | 01/15/20 | J | | |
| 114. IShares Core S&P 500 ETF (IVV) | | None | | | Sold | 01/15/20 | K | | |
| 115. IShares Core US Aggreggate Bond ETF (AGG) | | None | | | Sold | 01/15/20 | L | | |
| 116. IShares North American Natural Resources ETF (IGE) | | None | | | Sold | 01/15/20 | J | | |
| 117. IShares Barclays 1-3 Year Treasury Bond Fund (SHY) | | None | | | Sold | 01/15/20 | K | | |
| 118. IShares Core S&P Mid-Cap ETF (IJH) | | None | | | Sold | 01/15/20 | J | | |
| 119. IShares Cohen & Steers REIT ETF (ICF) | | None | | | Sold | 01/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goddard, Allison H.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  IShares Core S&P Small-Cap ETF (IJR) | | None | | | Sold | 01/15/20 | J | | |
| 121.  IShares Core MSCI EAFE ETF (IEFA) | | None | | | Sold | 01/15/20 | J | | |
| 122.  IShares Core MSCI Emerging Markets ETF (IEMG) | | None | | | Sold | 01/15/20 | J | | |
| 123.  IShares 0-5 Year Investment Grade Corporate Bond ETF (SLQD) | | None | | | Sold | 01/15/20 | K | | |
| 124.  Account #9 (H) | | | | | | | | | |
| 125.  TIAA Passive Diversified Equity Portfolio | | None | J | T | | | | | |
| 126.  TIAA 2024/2025 Enrollment Portfolio Passive | | None | K | T | | | | | |
| 127.  Account #10 (H) | | | | | | | | | |
| 128.  TIAA Passive Diversified Equity Portfolio | | None | J | T | | | | | |
| 129.  TIAA 2020/2021 Enrollment Portfolio Passive | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Goddard, Allison H. | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Allison H. Goddard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544